# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

GORDON W. SAGE,                          :

        Petitioner,                     :        Case No. 3:13-cv-408

  - vs -                                 :        District Judge Thomas M. Rose
                                                            Magistrate Judge Michael R. Merz

WARDEN, London Correctional           :
Institution,
                                          :

        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

        The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #2), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

        It is hereby ORDERED that the Petition is a "second or successive" petition within the meaning of the AEDPA and is TRANSFERRED to the United States Court of Appeals for the Sixth Circuit for a determination of whether Petitioner may proceed.

January 7, 2014                                    *s/Thomas M. Rose

                                                          Thomas M. Rose
                                          United States District Judge